Argued and submitted August 25, 1978,
submitted on remand from the Oregon Supreme Court January 2,
remanded March 17, 1980

In the Matter of the Compensation of
the Beneficiaries of
GEORGE CLARK, Deceased,
*Respondent,*
*v.*
U. S. PLYWOOD,
*Petitioner.*
(No. 76-6736, CA 10832)
607 P2d 1215

Keith D. Skelton, Portland, argued the cause and filed the brief for petitioner.

Benton Flaxel, North Bend, argued the cause for respondent. With him on the brief was Flaxel, Todd & Nylander, North Bend.

Before Richardson, Presiding Judge, and Schwab, C.J.,* and Joseph, Judge.

JOSEPH, J.

---

*Schwab, C.J., *vice* Lee, J., deceased.

**JOSEPH, J.**

Our previous decision in this Workers' Compensation case, 38 Or App 381, 590 P2d 281 (1979), was reversed and remanded to this court by the Supreme Court. 288 Or 255, 605 P2d 265 (1980). In that decision the Supreme Court said:

> "We believe that the compensability of on-premises injuries sustained while engaged in activities for the personal comfort of the employee can best be determined by a test which asks: Was the conduct expressly or impliedly allowed by the employer?" 288 Or at 266.

The court pointed out that neither the Board nor this court "considered the facts of this case in the light of the rule we have adopted in this opinion." 288 Or at 267. We therefore remand to the Board for further proceedings consistent with the Supreme Court's opinion.

Remanded.